

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:          In re Gordon Parsons and Beverly Parsons, Relators

Appellate case number:      01-18-00588-CV

Trial court case number:     CI54724

Trial court:                          County Court at Law No. 1 and Probate Court of Brazoria
                                            County

The Court withdraws the December 6, 2018 Order of Abatement. The petition remains on this Court's active docket.

It is so ORDERED.

Judge's signature: _____/s/ Laura C. Higley_____
                            ☒ Acting individually    ☐ Acting for the Court
Date: __December 7, 2018_____